UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
NITZA IVETTE RAMIREZ,

                      Plaintiff(s),

- against -

COMMISSIONER OF SOCIAL SECURITY,

                      Defendant(s).
-------------------------------------------------------X

ORDER OF REFERENCE
TO A MAGISTRATE JUDGE

24 cv 5474 (NSR)(JCM)

The above-entitled action is referred to the Honorable Judith C. McCarthy, United States Magistrate Judge, for the following purpose(s):

| | | | |
|---|---|---|---|
| ___ | GENERAL PRE-TRIAL (includes scheduling, discovery, non-dispositive pre-trial motions and settlement) | ___ | HABEAS CORPUS |
| ___ | GENERAL PRE-TRIAL & DISPOSITIVE MOTION (all purposes except trial) | ___ | INQUEST AFTER DEFAULT / DAMAGES HEARING |
| ___ | DISPOSITIVE MOTION (i.e., a motion requiring a Report & Recommendation) | _X_ | SOCIAL SECURITY |
| ___ | SPECIFIC NON-DISPOSITIVE MOTION / DISPUTE (including discovery dispute) * | ___ | SETTLEMENT |
| | | ___ | CONSENT UNDER 28 U.S.C. 636(C) FOR ALL PURPOSES (including trial) |
| | | ___ | CONSENT UNDER 28 U.S.C. 636(C) FOR LIMITED PURPOSE OF _____ |
| ___ | JURY SELECTION | | |

Dated: White Plains, New York
        September 18, 2024

SO ORDERED:

_____
Nelson S. Román, U.S.D.J.

Clerk of Court is requested to mail a copy of this Order to pro se Plaintiff at the address on ECF and to show service on the docket.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __9/18/2024__

* Do not check if already referred for General Pre-Trial.

Rev. 9/10