UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

NITZA IVETTE RAMIREZ,

                         Plaintiff,                    **ORDER**

  -against-                                   24 Civ. 5474 (NSR)(JCM)

COMMISSIONER OF SOCIAL SECURITY,

                        Defendant.
-----------------------------------------------------------------X

On November 18, 2024, the Commissioner of Social Security ("Commissioner") filed a Brief in Opposition to Plaintiff's Request for Review of a Social Security Decision Under 42 U.S.C. § 405(g), (Docket No. 13), which was served on Plaintiff on November 15, 2024, (Docket No. 15). Pursuant to the Court's Standing Order, (Docket No. 3), the Plaintiff's reply was due within 14 days of service of the Commissioner's brief. As of today, no reply has been filed. If the Plaintiff does not submit a reply by January 2, 2025, the Court will deem this matter fully submitted.

Dated: December 16, 2024
       White Plains, New York

                                                      **SO ORDERED:**

                                                      _____
                                                      JUDITH C. McCARTHY
                                                      United States Magistrate Judge