**SO ORDERED:**

Application granted. Plaintiff's time to file a reply is extended to February 7, 2025. If the Plaintiff does not submit a reply by that date, the Court will deem the matter fully submitted. The Clerk is directed to mail a copy of this memo endorsement to the *pro se* Plaintiff.

*/s/ Judith C. McCarthy* 1/3/2025
JUDITH C. McCARTHY
United States Magistrate Judge



RECEIVED JAN 0 2 2025 PRO SE OFFICE

Dear Honorable Judge Judith C. McCarthy, I hope this letter finds you well. My name is Nitza Ivette Ramirez, and my case number is 24Civ.5474(NSR)(JCM). I am writing to respectfully request your understanding and support regarding a challenging situation I am currently facing. Recently, I received a notification from the district court indicating that I have until January 2, 2025, to respond to a briefing. However, I have not yet received the brief itself. In a commendable gesture, Mr. Sergei Aden, the defendant's counsel, kindly forwarded the brief to me via email. Unfortunately, I find myself unprepared to adequately respond, as I am in desperate need of legal counsel to navigate this matter effectively. Given these circumstances, I humbly request an extension on my case to allow me the necessary time to seek appropriate legal representation. This additional time would be invaluable in ensuring that I can present my case comprehensively and fairly. Moreover, I must share with you the impact my medical condition has had on my ability to manage this situation. Despite undergoing physical therapy and epidural treatments, my condition has not improved. I had vertebral surgery last October, and my neurosurgeon and I are now contemplating further back surgery. The persistent pain I endure exacerbates my mental health challenges, including bipolar disorder, depression, and anxiety, leading to significant inability to function normally and severe difficulties in managing daily tasks. Activities that once took me a few hours now stretch into days, not including some that require additional assistance from my family and friends as my body is unable to cope with the severe pain that I experience daily. Your honor, I believe that with a little more time, I can better prepare my case and seek the legal assistance I so urgently need. I sincerely appreciate your understanding and consideration of my request. Thank you for your attention to this matter, and I hope for your favorable response. Respectfully, Nitza Ivette Ramirez

