UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
NITZA IVETTE R.,

                Plaintiff,                24 **CIVIL** 5474 (NSR)(GRJ)

     -against-                    **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                Defendants.
-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order and Opinion dated July 17, 2025, the Court adopts MJ Jones' R&R in its entirety. In accordance with the R&R, the matter is remanded back to the Agency for further proceedings consistent with the R&R and this Opinion.

**Dated:** New York, New York

     July 17, 2025

                                  **TAMMI M. HELLWIG**
                                      **Clerk of Court**

               **BY:**

                                      **Deputy Clerk**